IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Jason Grecar,<br><br>             Petitioner,<br><br>v.<br><br>Director J. Reuben Long Detention Center,<br><br>             Respondent. | C/A No.: 4:25-cv-5873-SAL<br><br><br>**ORDER** |

      Petitioner Jason Grecar, proceeding pro se, brings this action as a state pretrial detainee requesting habeas relief. This matter is before the court on the Report and Recommendation (the "Report") issued by United States Magistrate Judge Thomas E. Rogers, III, made in accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.), recommending this case be dismissed without prejudice and without requiring Respondent to file a return. [ECF No. 13.] Attached to the Report was a notice advising Petitioner of the procedures and requirements for filing objections to the Report and the serious consequences if he failed to do so. *Id.* at 6. After the Report issued, Petitioner advised the court of the change of his address. *See* ECF No. 17. Accordingly, the court mailed the Report to Petitioner's updated address and extended Petitioner's objection deadline to September 22, 2025. *See* ECF No. 18. To date, Petitioner has not filed objections, and the time for doing so has expired.

      The magistrate judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270–71 (1976). The court is charged with making a de novo determination of only those portions of the Report that have been specifically objected to,

1

and the court may accept, reject, or modify the Report, in whole or in part. 28 U.S.C. § 636(b)(1). In the absence of objections, the court is not required to provide an explanation for adopting the Report and must "only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (citing Fed. R. Civ. P. 72 advisory committee's note).

After reviewing the Report, the applicable law, and the record of this case in accordance with the above standard, the court finds no clear error, adopts the Report, ECF No. 13, and incorporates the Report by reference herein. As a result, this matter is **DISMISSED WITHOUT PREJUDICE and without requiring Respondent to file a return**.

**IT IS SO ORDERED.**

November 6, 2025                                    Sherri A. Lydon
Columbia, South Carolina                        United States District Judge